UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MASON K. WILLIAMS,<br><br>Plaintiff,<br><br>-v-<br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>Defendant. | 26-CV-7449 (JMF)<br><br>ORDER |

JESSE M. FURMAN, United States District Judge:

This case was recently transferred to the undersigned as related to an existing case between the same parties, 26-CV-7447. The initial pretrial conference previously scheduled for October 20, 2026, at 3:00 p.m., *see* ECF No. 17, is hereby RESCHEDULED to **October 23, 2026**, at **10:00 a.m.**, to be held concurrently with the initial pretrial conference in 26-CV-7447.

The parties should join the conference by calling the Court's dedicated conference line at (855) 244-8681 and using access code 2303 019 3884, followed by the pound (#) key. When prompted for an attendee ID number, press the pound (#) key again. Further, counsel should review and comply with the procedures for telephone conferences set forth in the Court's Individual Rules and Practices for Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman, including Rule 3(B)(i), which requires the parties, **no later than 24 hours before the conference**, to send a joint email to the Court with the names and honorifics (e.g., Mr., Ms., Dr., etc.) of counsel who may speak during the teleconference and the telephone numbers from which counsel expect to join the call.

The parties are further directed to submit a separate proposed case management plan and

joint letter for 26-CV-7449 — the contents of which are set forth at 26-CV-7447, ECF No. 5 — by this Thursday, **October 15, 2026**, for potential use in the event that the Court does not consolidate the cases as Plaintiff requests. *See* 26-CV-7447, ECF No. 19.

SO ORDERED.

Dated: October 19, 2026
New York, New York

JESSE M. FURMAN
United States District Judge