UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MASON K. WILLIAMS,
Plaintiff,
-v-
EQUIFAX INFORMATION SERVICES LLC,
Defendant.

26-CV-7447 (JMF)

MASON K. WILLIAMS,
Plaintiff,
-v-
EQUIFAX INFORMATION SERVICES LLC,
Defendant.

26-CV-7449 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

As discussed on the record in the initial pretrial conference held earlier today, Defendant's motion to consolidate these actions, *see* 26-CV-7447, ECF No. 19 is GRANTED.

Plaintiff shall file a single, consolidated amended complaint **no later than October 30, 2026**. In light of that, and for the reasons discussed during the conference, Plaintiffs' motions to strike Defendant's affirmative defenses are denied without prejudice.

The Clerk of the Court is directed to (1) terminate 26-CV-7447, ECF Nos. 13 and 19, and 26-CV-7449, ECF No. 12; (2) consolidate these cases under the lead case, 26-CV-7447; and (3) close 26-CV-7449. **All future filings shall be on the 26-CV-7447 docket alone.**

SO ORDERED.

Dated: October 23, 2026
New York, New York

JESSE M. FURMAN
United States District Judge